# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DEIONCA CLARK**                                                                  **PLAINTIFF**

**v.**                       **Case No. 4:22-cv-00321-LPR**

**LITTLE ROCK POLICE DEPARTMENT**                              **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE